**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 21-05034-CR-S-MDH** |
| | ) | |
| **JAMES MCKNIGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss. (Doc. 25). The motion has been fully briefed. The U.S. Magistrate Judge Rush has submitted a detailed and thorough Report and Recommendation recommending that the motion be denied. (Doc. 31). Defendant has filed objections to the R&R. (Doc. 32). The matter is ripe for review.

Defendant has been charged by indictment with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and 924(e)(1) and unlawfully transporting a stolen vehicle from the State of Oklahoma to the State of Missouri.[1] Defendant moves to dismiss the indictment arguing Section 922(g)(1) is unconstitutional on its face and as applied to Defendant.

After a careful and independent review of the record before the Court and the parties' briefing, as well as the applicable law, the Court hereby agrees with and **ADOPTS and INCORPORATES** herein the Report and Recommendation of the United States Magistrate Judge (Doc. 31). The Court **DENIES** Defendant's Motion to Dismiss. (Doc. 25).

---

[1] The Court notes a Superseding Indictment was filed on January 23, 2024. (Doc. 34).

**IT IS SO ORDERED.**

Date: February 1, 2024

                                     */s/ Douglas Harpool*

                                  **DOUGLAS HARPOOL**
                                  **UNITED STATES DISTRICT JUDGE**